May 9, 1979

413 A.2d 1112

Commonwealth v. McDaniel, Appellant.

Argued March 12, 1979.  P. Nelson Alexander, for appellant; John C. Uhler, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before VAN der VOORT, WATKINS and LIPEZ, JJ.

*PER CURIAM OPINION:* The conviction of theft is affirmed; however, the case is remanded to the lower court for correction of sentence.